# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-07301-JHN<br>Bankruptcy No. 9:09-bk-11721-RR | Date | April 19, 2010 |
|---|---|---|---|
| Title | In Re Jack Kromberg | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER TO SHOW CAUSE RE DISMISSAL  (In Chambers)

On October 7, 2009, Appellant Jack Kromberg ("Appellant") filed a Notice Regarding Appeal From Bankruptcy Court.

On March 22, 2010, the Court ordered the parties to submit a status report with this Court.  (Docket No. 16.)  The Court ordered the parties to include:

   a) a designation of record;
   b) a statement of issues on appeal;
   c) a proposed briefing scheduling for this appeal, and a proposed order for the Court's approval.

The report was due no later than April 1, 2010.  To date, neither party has submitted a report.

**The Court hereby ORDERS Appellant to file a status report, in compliance with its March 22, 2010 Order, <u>not</u> <u>later</u> <u>than</u> <u>April</u> <u>29,</u> <u>2010</u>.  Appellant <u>must</u> file the report with the Clerk of the United States District Court under this case number, 2:09-cv-07301-JHN.  <u>Failure</u> <u>to</u> <u>do</u> <u>so</u> <u>will</u> <u>be</u> <u>deemed</u> <u>consent</u> <u>to</u> <u>the</u> <u>dismissal</u> <u>of</u> <u>the</u> <u>action</u>.  No hearing will be set.  The status report will be taken under submission by the Court.**

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |